JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DAVID C. DAVIS, on behalf of himself, all others similarly situated, the general public, and under the California Labor Code Private Attorneys General Act,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>SELECT TRUCKERS PLUS, a California company; SELECT TRUCKING SERVICES, INC., a California corporation; REMX, INC., a California corporation; REMEDY INTELLIGENT STAFFING, INC., a California corporation; U.S. INVESTIGATIONS SERVICES, LLC, a Delaware corporation; and DOES 1-50, inclusive,<br><br>　　　　　Defendants. | CASE NO. CV09-05082 PA (JEMx)<br><br>**ORDER DISMISSING ENTIRE ACTION BASED ON STIPULATION OF THE PARTIES** |

LEGAL_US_W # 62873378.1

[PROPOSED] ORDER

1     The parties have submitted a stipulation requesting dismissal of this
2  entire action, showing that the parties discussed settlement of Plaintiff's individual
3  claims and reached a confidential settlement. Good cause appearing therefor, IT IS
4  ORDERED that:
5     1.   The entire complaint in this action is dismissed, such dismissal
6  being with prejudice as Plaintiff's individual claims and without prejudice as to the
7  individual claims of the members of the putative class who may have and file
8  similar individual claims to those alleged in Plaintiff's complaint;
9     2.   The dismissal of this action will have no *res judicata* or
10 collateral estoppel effect should any individual claim be brought by any additional
11 persons, including claims identical or substantially similar to Plaintiff's individual
12 claims in this case;
13    3.   Because the dismissal of this action does not affect the rights of
14 the public or any members of the proposed class since the case was never certified
15 as a class action, and since there has been no formal notice of this action to any
16 members of the proposed class, notice of the dismissal of this action to the putative
17 class is not necessary and shall not be provided; and
18    4.   Each of the parties shall bear its own costs and attorneys' fees
19 incurred in this action.

Dated: November 19, 2009    _____
                             Hon. Percy Anderson
                             United States District Court Judge

Submitted on November ___, 2009
Paul, Hastings, Janofsky & Walker LLP

By: _____
    Stephen L. Berry
Attorneys for Defendants Select Trucking Services, Inc.,
Remx, Inc.; and Remedy Intelligent Staffing Inc.

LEGAL_US_W # 62873378.1            -1-                    [PROPOSED] ORDER